AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| JAMES PATRICK GIANNAKOS, JR | ) Case No. 3:21-mj-00014 |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __1/27/21-2/1/21__ in the county of __Lexington__ in the _____ District of __South Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 875 | interstate threats |

This criminal complaint is based on these facts:
see attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Carolyn Gale, Special Agent
*Printed name and title*

Sworn to me via telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 02/02/2021

City and state: Columbia, South Carolina

Shiva Hodges, United States Magistrate Judge
*Printed name and title*